IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAWN RUSTAD-LINK,<br><br>                Plaintiff,<br><br>vs.<br><br>PROVIDENCE HEALTH AND SERVICES, and UNUM GROUP CORPORATION ("UNUM"),<br><br>                Defendants. | CV 16-136-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

       **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

       IT IS ORDERED AND ADJUDGED that judgment is entered in accordance with the Court's Amended Opinion & Order, dated January 31, 2018, awarding judgment in favor of the Plaintiff and against Defendants. Defendant Unum shall reimburse Rustad-Link for benefits withheld, and reinstate present and future benefits without offset.

       Dated this 15th day of March, 2018.

                                       TYLER P. GILMAN, CLERK

                                       By: /s/ Nicole Stephens
                                       Nicole Stephens, Deputy Clerk